Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
5055 Wilshire Blvd., Suite 300
Los Angeles, CA 90036
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT,**
**NORTHERN DISTRICT OF CALIFORNIA- OAKLAND**

| | |
|---|---|
| RUBYINDER CHAYRA, | Case No.: 3:09-cv-00188-SI |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| vs. | |
| CIR LAW OFFICES, | **Fed. R. Civ. P. 41(a)(1)** |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs, RUBYINDER CHAYRA and Defendant, CIR LAW OFFICES, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, RUBYINDER CHAYRA, against Defendant, CIR LAW OFFICES, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

///

Dated: 3/27/09      KROHN & MOSS LTD

/s/ Ryan Lee

| | | | |
|---|---|---|---|
| | | | Ryan Lee, Esq.<br>Attorney for Plaintiff,<br>RUBYINDER CHAYRA |

Dated:	3/27/09	CIR LAW OFFICES

<u>/s/ Christopher Beyer</u>
Christopher Beyer
Attorney for Defendant,
CIR Law Offices

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated:

_____
The Honorable Judge
Susan Illston
United States District Judge

2

Stipulation of Dismissal and [Proposed] Order